

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 2272 |
| | Master Docket Case No. 11 C 05468 |
| Plaintiff, | See Attached List of Cases |
| v. | |
| ZIMMER, INC., et al, | |
| | Judge Rebecca R. Pallmeyer |

## ORDER

The cases on the attached list are dismissed without prejudice. Any pending motions are stricken.

ENTER:

Date: September 15, 2014

REBECCA R. PALLMEYER
United States District Judge

Cases dismissed without prejudice.

| Plaintiff | Case No. |
| --- | --- |
| Beuerlein, et al v. Zimmer, et al | 12 C 05784 |
| Brown v. Zimmer, et al | 12 C 07895 |
| Conzet v. Zimmer, et al | 13 C 01042 |
| Deavours v. Zimmer, et al | 12 C 02042 |
| Douglass v. Zimmer, et al | 12 C 07456 |
| Grolley, et al v. Zimmer, et al | 12 C 00328 |
| Iannone v. Zimmer, et al | 12 C 08919 |
| Kopec v. Zimmer, et al | 12 C 08921 |
| Maize v. Zimmer, et al | 12 C 06511 |
| Paczkowski v. Zimmer, et al | 12 C 01040 |
| Ramsey v. Zimmer, et al | 13 C 01040 |
| Reaves v. Zimmer, et al | 12 C 05793 |
| Robbins v. Zimmer, et al | 13 C 00572 |
| Sexton v. Zimmer, et al | 12 C 05785 |
| Treisch v. Zimmer, et al | 13 C 03148 |
| VanArsdale v. Zimmer, et al | 13 C 00552 |
| Vazquez v. Zimmer, et al | 12 C 03830 |
| Watters v. Zimmer, et al | 13 C 03140 |